COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Helen M. Jackson, | § | No. 08-15-00016-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| Texas Workforce Commission and Aetna Life Insurance Company. | § | of Tarrant County, Texas |
| | § | (TC# 352-267004-13) |
| Appellee. | § | |

## O R D E R

The Court GRANTS the Appellant's Pro Se second motion for extension of time within which to file the brief until **July 20, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Ms. Helen M. Jackson, the Appellant, prepare the Appellant's Pro Se brief and forward the same to this Court on or before July 20, 2015.

IT IS SO ORDERED this 26th day of June, 2015.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.